**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT A. CHURCH,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:10-cv-1100-Orl-22DAB**

**CONRAD YELVINGTON**
**DISTRIBUTORS, INC.,**

        **Defendant.**

_____

**ORDER**

This cause is before the Court on the Joint Motion for Approval of Settlement, for Dismissal With Prejudice (Doc. No. 29) filed on November 8, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed November 10, 2011 (Doc. No. 32) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement, for Dismissal With Prejudice (Doc. No. 29) is GRANTED in part. The Court finds the settlement to be a fair and reasonable resolution of bona fide FLSA issues. Accordingly the settlement is approved as to the FLSA claim.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 28, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge